IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BOSTIC, | : | |
|     Petitioner, | : | |
| | : | 3:19-cv-1279 |
| v. | : | |
| | : | Hon. John E. Jones III |
| DAVID J. EBBERT, | : | |
|     Respondent. | : | |

# **ORDER**[1]

**July 28, 2020**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc.1), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

                                                s/ John E. Jones III
                                                John E. Jones III, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania

---

[1] This matter has been reassigned due to the death of the Honorable James M. Munley.